**In re Reginald O. HUGHES, Debtor.**

**CHRYSLER CREDIT CORPORATION, Appellant,**

**v.**

**Reginald O. HUGHES, Respondent.**

**No. CV 89–1688 (ERK).**

United States District Court,
E.D. New York.

Aug. 2, 1989.

An order of Honorable Edward R. Korman, United States District Judge, having been filed on July 24, 1989 reversing the order of the Bankruptcy Judge and remanding the case to the Bankruptcy Court for further proceedings, it is

ORDERED and ADJUDGED that the order of the Bankruptcy Judge is reversed; and that the case is remanded to Bankruptcy Court for further proceedings.